1  ROBBINS LLP
   BRIAN J. ROBBINS (190264)
2  STEPHEN J. ODDO (174828)
   5040 Shoreham Place
3  San Diego, CA 92122
   Telephone: (619) 525-3990
4  Facsimile:  (619) 525-3991
   E-mail: brobbins@robbinsllp.com
5          sodddo@robbinsllp.com

6  *Attorneys for Plaintiff Inter-Local Pension Fund GCC/IBT*

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 | INTER-LOCAL PENSION FUND GCC/IBT, ) | Case No. 3:18-cv-07325-CRB
   | Individually and on Behalf of All Others  )
12 | Similarly Situated                        ) | <u>CLASS ACTION</u>
                                              )
13 |                          Plaintiff(s),    ) | PLAINTIFF'S NOTICE OF VOLUNTARY
                                              ) | DISMISSAL WITH PREJUDICE
14 |          v.                                )
                                              ) | Judge: Hon. Charles R. Breyer
15 | TESLA, INC., ELON MUSK, GOLDMAN           )
   | SACHS & COMPANY, LLC, MORGAN              )
16 | STANLEY & COMPANY, LLC, BARCLAYS)
   | CAPITAL, INC., MERRILL LYNCH,             )
17 | PIERCE, FENNER & SMITH INC.,              )
   | CITIGROUP GLOBAL MARKETS, INC.,           )
18 | DEUTSCHE BANK SECURITIES, INC.,           )
   | RBC CAPITAL MARKETS, LLC, and DOES        )
19 | 1-25, Inclusive,                          )
                                              )
20 |                          Defendant(s).   )
                                              )
21

---

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE                                           No. Case No. 3:18-cv-07325-CRB

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE plaintiff Inter-Local Pension Fund GCC/IBT ("Plaintiff"), hereby
3  voluntarily dismisses, with prejudice, all claims and causes of action against all defendants in this action,
4  pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. No defendant has filed or served
5  an answer or a motion for summary adjudication.

6  No class has been certified, and thus, the dismissal of this action will not prejudice the interests of
7  any member of a putative class. *See* Fed. R. Civ. P. 23(e).

8  DATED: April 15, 2021                          ROBBINS LLP
                                                  BRIAN J. ROBBINS
9                                                 STEPHEN J. ODDO

10
                                                        /s/ Stephen J. Oddo
11                                                     STEPHEN J. ODDO

12                                                5040 Shoreham Place
                                                  San Diego, CA 92122
13                                                Telephone: (619) 525-3990
                                                  Facsimile:  (619) 525-3991
14                                                E-mail: brobbins@robbinsllp.com
                                                          soddo@robbinsllp.com
15
                                                  Attorneys for Plaintiff
16

17

18

19

20

21

22

23

24

25

26

27

28
                                              - 1 -
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE                                                        No. Case No. 3:18-cv-07325-CRB

# CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following who are ECF registered participants.

FENWICK & WEST LLP
JENNIFER C. BRETAN
DEAN S. KRISTY
555 California Street
San Francisco, CA 94104
Telephone: (415) 875-2300
E-mail: jbretan@fenwick.com
        dkristy@fenwick.com

*Attorneys for Defendants Tesla, Inc. and Elon Musk*

SHEARMAN & STERLING LLP
DANIEL LEWIS
599 Lexington Avenue
New York, NY 10022
E-mail: Daniel.Lewis@shearman.com

SHEARMAN & STERLING LLP
DANIEL H.R. LAGUARDIA
535 Mission Street, 25th Floor
San Francisco, CA 94105
E-mail: daniel.laguardia@shearman.com

*Attorneys for Defendants Morgan Stanley & Co. LLC, Barclays Capital Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc., Deutsche Bank Securities Inc. and RBC Capital Markets, LLC*

/s/ Stephen J. Oddo
STEPHEN J. ODDO

1518027